Argued September 19, affirmed September 19, 1972

STATE OF OREGON, *Respondent, v.*
JOHN DOWELL (No. 26193), *Appellant.*

500 P2d 1215

*F. E. Glenn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

Affirmed from the bench.